Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 2620 | **DATE** | 11/16/2001 |
| **CASE TITLE** | Daryl Murphy vs. Deborah Joyner et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff wishes to appeal without prepayment of fees. He has filed an application which, if supported by an affidavit, establishes that he is unable to pay the costs of the proceedings. But that is not enough to permit this court to grant this application. Plaintiff is directed to file the required affidavit within 14 days.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | date docketed | 47 |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | 01 NOV 16 AM 8:23 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DARYL MURPHY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 00 C 2620 |
| ) | |
| DEBORAH JOYNER ) | |
| WILLIAM WHITLEY ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

Plaintiff wishes to appeal without prepayment of fees. He has filed an application which, if supported by an affidavit, establishes that he is unable to pay the costs of the proceedings. But that is not enough to permit this court to grant this application. Rule 24 of the Federal Rules of Appellate Procedure states that the plaintiff must file with this court an affidavit that:

(A) shows in the detail prescribed by Form 4 of the Appendix of Forms, the party's inability to pay or to give security for fees and costs;

(B) claims an entitlement to redress; and

(C) states the issues that the party intends to present on appeal.

We can grant this application only if the issues to be presented are not frivolous. That is, this court need not agree with plaintiff's position but plaintiff must be able to make some reasonable arguments in support of his position.

Plaintiff is directed to file the required affidavit within 14 days.

/s/ James B. Moran
JAMES B. MORAN
Senior Judge, U. S. District Court

Nov. 16, 2001.